UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| LUCIA MARETT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RED LOBSTER HOSPITALITY, LLC,<br><br>Defendant. | Case No. 1:16-CV09052 (JPO)<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT FOR FAILURE TO STATE A CLAIM AND LACK OF SUBJECT MATTER JURISDICTION** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Class Action Complaint for Failure to State a Claim and Lack of Subject Matter Jurisdiction, and the accompanying Declaration of Koshii Eslinger (dated February 2, 2017), the Defendant, RED LOBSTER HOSPITALITY, LLC ("Red Lobster" or the "Company"), will move this Court before the Honorable J. Paul Oetken, in the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, Courtroom 706, on a date and time to be determined by the Court, for an order pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1) dismissing the Complaint filed by the Plaintiff, LUCIA MARETT ("Marett"), with prejudice, for failure to state a claim and lack of subject matter jurisdiction.

| | |
|---|---|
| Dated: February 2, 2017<br>New York, New York | **BAKER & HOSTETLER LLP**<br><br>/s/ Amy J. Traub<br>Amy J. Traub<br>atraub@bakerlaw.com<br>Amanda L. Van Hoose Garofalo<br>agarofalo@bakerlaw.com<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Tel: 212 589-4200<br>Fax: 212 589-4201<br><br>Joyce Ackerbaum Cox<br>jacox@bakerlaw.com<br>(*pro hac vice* to be filed)<br>Mary Caroline Miller<br>mcmiller@bakerlaw.com<br>(*pro hac vice* to be filed)<br>200 S. Orange Avenue<br>Ste. 2300<br>Orlando, FL 32801<br>Tel: 407 649-4000<br>Fax: 407 841-0168<br><br>Attorneys for *Red Lobster Hospitality, LLC* |

## CERTIFICATE OF SERVICE

I, Amy J. Traub, hereby certify that on February 2, 2017, a true and correct copy of the foregoing Notice of Motion to Dismiss was served on all counsel of record via the Court's ECF system.

/s/ Amy J. Traub
Amy J. Traub