UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

LUCIA MARETT, on behalf of herself and all others similarly situated,

               Plaintiff,

v.

RED LOBSTER HOSPITALITY, LLC,

               Defendant.

------------------------------x

Case No. 1:16-CV09052 (JPO)

**DECLARATION OF KOSHII ESLINGER**

BEFORE ME, the undersigned authority, on this day personally appeared, Koshii Eslinger, who, after first being duly sworn, under oath stated:

1. My name is Koshii Eslinger. I am over 18 years of age. I am capable of making this Declaration and am fully competent to testify to the matters herein.

2. I have been employed with Red Lobster Management LLC ("Red Lobster") (and its predecessor) for over 11 years. I currently occupy the position of Associate Brand Manager. In this role, I am responsible for managing the relationship with Red Lobster's outside marketing firm, Publicis Worldwide ("Publicis"). Publicis is responsible for development regarding Red Lobster's website content.

3. As of March 2016, personnel at Red Lobster began to engage in discussions about making its website more accessible to all individuals, including those who are blind or visually impaired. I was directly involved in such conversations.

2

4. Over the next several months, Red Lobster audited its website to determine its capabilities and researched appropriate consultants and experts to assist in making accessibility upgrades.

5. On November 15, 2016, Red Lobster entered into a scope of work with Publicis regarding website accessibility. Pursuant to this scope of work between Red Lobster and Publicis, Publicis agreed to make changes to and update Red Lobster's website, www.redlobster.com, so as to conform to the Web Content Accessibility Guidelines ("WCAG"), Version 2.0, Level AA.

6. Red Lobster's discussions and efforts to upgrade its website, and the agreement between Red Lobster and Publicis to do so, were made before Red Lobster had any knowledge of Lucia Marett's claims or her intent to file a lawsuit.

7. As of the date of this Declaration, Publicis has completed all work contemplated in its scope of work with Red Lobster, the result of which is that www.redlobster.com now meets the specifications set forth in WCAG 2.0, Level AA.

Under penalty of perjury, I declare that I read the foregoing Declaration and the facts stated in it are true.

Executed on this second day of February, 2017.

_____
KOSHII ESLINGER