UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUCIA MARETT, *on behalf of herself and all others similarly situated,*

        Plaintiff,

-against-

RED LOBSTER HOSPITALITY LLC,

        Defendant.

---

Case No.: 16-cv-09052-JPO

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, as against Defendant, Red Lobster Hospitality LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear her/its own attorneys' fees and costs.

For the Defendant:

By: _____
Joyce Ackerbaum Cox, Esq.
Baker & Hostetler LLP
200 S. Orange Avenue, Suite 2300
Orlando, FL 32801
Telephone: (407) 649-4077
Fax: (407) 841-0168
jacox@bakerlaw.com

Date: 5/23/17

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: 5-23-17

SO ORDERED

_____
J. PAUL OETKEN
United States District Judge

5/24/17